IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-CR-30248-SPM-1 |
| ROBERT E. PICKETT, | |
| Defendant, | |
| PRECOAT METALS, | |
| Garnishee. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter is before the Court on the Plaintiff United States of America's Application for Writ of Continuing Garnishment (Doc. 36). A Writ of Continuing Garnishment, directed to Garnishee Precoat Metals, has been duly issued and served upon the Garnishee (*See* Doc. 39). Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on December 26, 2023, stating that, at the time of the service of the Writ, they had in their possession or under their control personal property belonging to and due Defendant.

On December 28, 2023, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property. (*See* Doc. 42).

**IT IS ORDERED** that Garnishee Precoat Metals shall pay 25% of the Defendant's net wages to Plaintiff United States of America and continue said

payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATED:   January 23, 2024**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
